```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13104
   JOHNA F MCLEMORE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4019

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/20/2007 and was confirmed 09/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
------------------------------------------------------------------------
SST INC                    SECURED VEHIC    12884.00         694.43           688.36
AMERICAN SERVICE INSURAN   UNSECURED       NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED         2470.54            .00              .00
COMMONWEALTH EDISON        UNSECURED          543.22            .00              .00
HARRIS                     UNSECURED       NOT FILED            .00              .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED            .00              .00
MERCHANTS CR               UNSECURED       NOT FILED            .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00              .00
NCO MEDCLR                 UNSECURED       NOT FILED            .00              .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED            .00              .00
MACNEAL EMERGENCY PHYSIC   UNSECURED          366.00            .00              .00
SST INC                    UNSECURED            4.93            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED          463.91            .00              .00
ECMC                       UNSECURED        23820.63            .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,014.00                          528.77
TOM VAUGHN                 TRUSTEE                                            136.63
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,048.19

PRIORITY                                            .00
SECURED                                          688.36
   INTEREST                                      694.43
UNSECURED                                           .00
ADMINISTRATIVE                                   528.77
TRUSTEE COMPENSATION                             136.63
DEBTOR REFUND                                       .00
                         ---------------  ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 13104 JOHNA F MCLEMORE
```

TOTALS                                    2,048.19              2,048.19

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08
                                        /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE